DAVID OSUCH *v.* COMMISSIONER OF CORRECTION

The petitioner David Osuch's petition for certification for appeal from the Appellate Court, 111 Conn. App. 135 (AC 28350), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Robin S. Schwartz,* assistant state's attorney, in opposition.

Decided December 3, 2008

BRANFORD MANOR APARTMENTS *v.*<br>BEVERLY HERBERT

The defendant's petition for certification for appeal from the Appellate Court (AC 29666) is denied.

*Beverly Herbert,* pro se, in support of the petition.

Decided December 3, 2008

STATE OF CONNECTICUT *v.* COREY WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 778 (AC 27628), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided December 11, 2008

STATE OF CONNECTICUT *v.* CHANNY NEE KHUTH

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 184 (AC 28271), is denied.